EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2010 TSPR 117 |
| Pedro A. Román García | 179 DPR _____ |

Número del Caso: TS-6022

Fecha: 6 de julio de 2010

Abogado de la Parte Peticionaria:

Por derecho Propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                              6022
Pedro A. Román García


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.


RESOLUCIÓN

San Juan, Puerto Rico, a 6 de julio de 2010

Examinada la Moción Solicitando Baja Voluntaria de la Abogacía presentada por el Lcdo. Pedro E. Román García, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo